## NOTICE OF LIMITED SUBSTITUTION OF COUNSEL

Please take notice that Lindsay C. Ronilo hereby gives Notice of Limited Substitution of Counsel of record for Tracy Lee Dassel, in the above-styled case.

**Respectfully submitted** on this the 12th day of June 2013

/s/ Lindsay C. Ronilo
**LINDSAY C. RONILO (RON008)**
**VICKERS & WHITE, P.L.L.C.**
428 S. Lawrence Street
Montgomery, Alabama 36104
(334) 269-4788
lronilo@vickersandwhitelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Respectfully submitted** on this the 12th day of June 2013.

/s/ Lindsay C. Ronilo
**LINDSAY C. RONILO (RON008)**