AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| TRACY LEE DASSEL | ) Case No: 2:12cr221-08-MHT |
|  | ) USM No: 14575-002 |
| Date of Original Judgment: 05/07/2014 | ) |
| Date of Previous Amended Judgment: | ) Patricia Kemp |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____ months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/07/2014  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/23/2016                                                  /s/ Myron H. Thompson
                                                                                              *Judge's signature*

Effective Date: _____                                           Myron H. Thompson, United States District Judge
*(if different from order date)*                                              *Printed name and title*