IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr221-MHT** |
| | ) | **(WO)** |
| **TRACY LEE DASSEL** | ) | |

### ORDER

In light of this court's finding at sentencing that defendant Tracy Lee Dassel knowingly and voluntarily waived her right to request a sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines, see Transcript (doc. no. 85) at 10-11, and as all parties concur with the court, it is ORDERED that defendant Tracy Lee Dassel's motion for sentence reduction (doc. no. 782) is denied.

DONE, this the 23rd day of February, 2016.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**