IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr221-MHT |
| | ) | (WO) |
| TRACY LEE DASSEL. | ) | |

ORDER

Upon consideration of the defendant Tracy Lee Dassel's petition for early termination of supervised release (doc. no. 893), based on the probation officer's response describing Dassell's positive attitude, her stable employment for over two years, her lack of positive drug tests, new arrests, or warrants, and her compliance with all terms of supervised release, and based on the government's response that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Tracy Lee Dassel's term of supervised release is terminated effective immediately, and she is

discharged.

DONE, this the 27th day of September, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE